UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>GROVER DUANE WOOD,<br><br>              Defendant. | NO. CR-04-0172-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

Before the Court, without oral argument, is Defendant Grover Duane Wood's Motion to Terminate Supervised Release, ECF No. 85. Defense counsel Jeffrey Niesen seeks an order terminating Defendant Wood's continued supervision. Mr. Niesen represents that he has spoken to U.S. Probation, who does not object to early termination. ECF No. 86, at 2. The U.S. Attorney's Office also does not object to the motion. ECF No. 88. After reviewing the submitted material, the Court finds that grounds exist for early termination of supervised release under 18 U.S.C. § 3583(e)(1), and the Court therefore grants the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Wood's Motion to Terminate Supervised Release, **ECF No. 85**, is **GRANTED.**

//

ORDER ~ 1

2. Defendant Wood's supervised release is hereby **TERMINATED**, effective immediately.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to all counsel and to the U.S. Probation Office.

**DATED** this 20th day of December 2012.

                                                               s/Edward F. Shea
                                                               EDWARD F. SHEA
                                  Senior United States District Judge

Q:\EFS\Criminal\2004\172.sr.earlyterm.lc2.wpd

ORDER ~ 2